DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Ramsey v. Southern Indus. Constr'rs, Inc.<br><br>Case below:<br>178 N.C. App. 25 | No. 485P06 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA04-1639) | Denied<br>12/14/06 |
| Sea Ranch Owners Ass'n v. Sea Ranch, II, Inc.<br><br>Case below:<br>180 N.C. App. 226 | No. 338P06 | 1.  Plt's Motion for Temporary Stay (COA05-1528, 1559, 1593)<br><br>2.  Def's Motion to Dissolve Stay and Renewal of Motion to Deny Petition for Writ of Supersedeas | 1. Allowed<br>06/26/06<br><br>2. Denied<br>12/01/06<br><br>**Martin, J., Recused** |
| State v. Banner<br><br>Case below:<br>178 N.C. App. 562 | No. 442P06 | 1.  Def's (Cauthen) PDR Under G.S. 7A-31 (COA05-190)<br><br>2.  Def's (Banner) PDR or, Alternatively, PWC | 1. Denied<br>12/14/06<br><br>2. Denied<br>12/14/06 |
| State v. Battle<br><br>Case below:<br>172 N.C. App. 335 | No. 422P05 | 1.  AG's Motion for Temporary Stay (COA03-484)<br><br>2.  AG's Petition for Writ of Supersedeas<br><br>3.  AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**359 N.C. 853**<br><br>Stay dissolved<br>12/19/06<br><br>2. Denied<br>12/19/06<br><br>3. See Special Order Page 148 |
| State v. Blackwell<br><br>Case below:<br>361 N.C. 41 | No. 490PA04-2 | Def's Third Motion for Appropriate Relief (COA03-793) | Denied<br>12/14/06 |
| State v. Bradley<br><br>Case below:<br>179 N.C. App. 551 | No. 559P06 | Def's PDR Under G.S. 7A-31<br>(COA05-1440) | Denied<br>12/14/06 |